IN THE UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMÍNGUEZ

| | | | |
|---|---|---|---|
| MINUTES OF PROCEEDINGS | | DATE: | January 28, 2015 |
| Criminal No. | 13-0162 (DRD) | Began: | 12:45 p.m. |
| Law Clerk: | Manuel Franco | Ended: | 1:00 p.m. |

**United States of America,**
    Plaintiff

Represented By: Craig Y. Lee, and Jon B. Jacobs

v.

**Thomas Farmer,**
    Defendant

Represented By: Terrance Gilroy Reed, Joseph C. Laws

An impromptu **Telephone Conference** was held today. The Conference began at 12:45 p.m. and ended at 1:00 p.m. The Court restated to the parties that potential jurors will be brought in on Thursday, January 29, 2015, and Friday, January 30, 2015. As the trial is still weeks away, there is still enough time for the Court to request more potential jurors if need be. The Court also informed the parties that Magistrate Judge Silvia Carreño-Coll has been assigned to preside over the answering of the questionnaires by the potential jurors. Further, the Court reiterated that the parties should be available should any question or controversy arise regarding the questionnaire.

Subsequently, the Court informed the parties that a trial in a civil case—which is reportable under the Civil Justice Reform Act—will push the instant case's trial to a later starting date. Hence, the trial is hereby rescheduled to commence on Wednesday, March 4, 2015. The Court further clarified that the jury selection will also commence on said date. The parties proposed to modify the deadline to submit joint strikes of the potential jurors. However, the Court is concerned about moving this deadline too close to the trial date, which would effectively preclude the Court from—if required—summoning any more potential jurors.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of January, 2015.

                                                           /s/ *Daniel R. Domínguez*
                                                           Senior U.S. District Judge