UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1] THOMAS FARMER,<br><br>Defendant. | CRIMINAL NO. 13-162 (DRD) |

### JURY VERDICT FORM

All questions asked in this jury verdict form are to be determined by a unanimous vote.

1. **COUNT ONE: Conspiracy to Restrain Trade.**

   We the jury find the defendant, **[1] THOMAS FARMER,**

   ☐ GUILTY        ☒ NOT GUILTY

as charged in COUNT ONE of the Indictment.

In San Juan, Puerto Rico, this 8th day of May, 2015.

5/8/15   1:25 PM
DATE and TIME                                    FOREPERSON SIGNATURE